# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
CAPELLI BELLA SALON & SPA, INC. §   Case No. 10-23095 DRC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 10-23095    DRC    Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: CAPELLI BELLA SALON & SPA, INC. | Date Filed (f) or Converted (c): 05/20/10 (f) |
| | 341(a) Meeting Date: 07/20/10 |
| For Period Ending: 04/16/15 | Claims Bar Date: 10/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Equipment, fixtures, furniture, inventory | Unknown | 20,000.00 | | 20,000.00 | FA |
| 2. Claim against landlord - HS Land Group | 0.00 | 0.00 | | 0.00 | FA |
| Settled with landlord's waiver of claim. Per Court order. | | | | | |
| 3. 5/3 Bank Savings Account | 0.79 | 0.00 | | 0.00 | FA |
| 4. 5/3 Checking Account | 62.46 | 0.00 | | 0.00 | FA |
| 5. Security Deposit w/ HS Land Group | 6,610.28 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.08 | Unknown |

|   |   |   |   |   |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,673.53 | $20,000.00 | | $20,006.08 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Landlord case was settled. Trustee to review claims and prepare TFR
October 13, 2014, 04:23 pm

Trustee retained Mike Konewko to represent estate in action against former landlord. Action is pending.
October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/31/15

/s/    GINA B. KROL
_____    Date: 04/16/15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-23095   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | Date Filed (f) or Converted (c):   05/20/10 (f) |
| | | 341(a) Meeting Date:   07/20/10 |
| | | Claims Bar Date:   10/12/10 |

GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 10-23095 -DRC |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. |
| Taxpayer ID No: | *******6884 |
| For Period Ending: | 04/29/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0337 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,258.69 | | 15,258.69 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.41 | 15,249.28 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.72 | 15,239.56 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.40 | 15,230.16 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.70 | 15,220.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,197.83 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 13.17 | 15,184.66 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.40 | 15,164.26 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.54 | 15,141.72 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,119.94 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.48 | 15,097.46 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.72 | 15,075.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.41 | 15,053.33 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.38 | 15,030.95 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.63 | 15,009.32 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.31 | 14,987.01 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.56 | 14,965.45 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.25 | 14,943.20 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.22 | 14,920.98 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.04 | 14,900.94 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 13.13 | 14,887.81 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.15 | 14,865.66 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 14,844.27 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 14,822.20 |

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit B

| | |
|---|---|
| Case No: | 10-23095 -DRC |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. |
| Taxpayer ID No: | *******6884 |
| For Period Ending: | 04/29/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0337 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.32 | 14,800.88 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 14,778.87 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.97 | 14,756.90 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.23 | 14,735.67 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.91 | 14,713.76 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.17 | 14,692.59 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.84 | 14,670.75 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.81 | 14,648.94 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 8.37 | 14,640.57 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.67 | 14,620.90 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.74 | 14,599.16 |

| Account *******0337 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 3 | Checks | 34.67 |
| 0 | Interest Postings | 0.00 | 31 | Adjustments Out | 624.86 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 659.53 |
| 1 | Transfers In | 15,258.69 | | | |
| | Total | $ 15,258.69 | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0189 BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 04/29/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 1 | Kerelli Salon & Spa LLC | Sales Proceeds | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 20,000.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,000.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 20,001.33 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,001.84 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,002.34 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,002.85 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,003.36 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 16.97 | 19,986.39 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/11 | 000302 | Alan d. Lasko | Accountant's Fees per Court Order. | 3410-000 | | 579.10 | 19,407.29 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/07/11 | 000303 | Alan d. Lasko | Accountant's Expenses per Court Ord | 3420-000 | | 8.28 | 19,399.01 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,399.16 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,399.32 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,399.47 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,399.64 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,399.80 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,399.96 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,400.13 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,400.29 |
| 10/05/11 | 000304 | Alan D. Lasko | Accountant Fees | 3410-000 | | 3,455.50 | 15,944.79 |
| | | 29 S. LaSalle Street | | | | | |

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0189 BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 04/29/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/05/11 | 000305 | Alan D. Lasko | Accountant Fees | 3420-000 | | 15.50 | 15,929.29 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 15,929.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.15 | 15,907.29 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,907.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.61 | 15,887.81 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,887.94 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.59 | 15,868.35 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,868.49 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.81 | 15,847.68 |
| 02/06/12 | 000306 | International Sureties | BOND | 2300-000 | | 14.30 | 15,833.38 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,833.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.83 | 15,814.68 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,814.81 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.44 | 15,795.37 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,795.50 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.07 | 15,775.43 |
| 05/08/12 | 000307 | Alan D. Lasko | Accountant Fees per Court Order | 3410-000 | | 424.50 | 15,350.93 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 05/08/12 | 000308 | Alan D. Lasko | Accountant Expenses per Court Order | 3420-000 | | 16.60 | 15,334.33 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.04

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0189  BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 04/29/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,334.46 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.72 | 15,314.74 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,314.86 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.20 | 15,296.66 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,296.79 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.06 | 15,276.73 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 15,276.85 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 18.16 | 15,258.69 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,258.69 | 0.00 |

| Account *******0189 | Balance Forward | | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Deposits | | 20,000.00 | 8 | Checks | | 4,530.75 |
| 26 | Interest Postings | | 6.08 | 11 | Adjustments Out | | 216.64 |
| | | | | 1 | Transfers Out | | 15,258.69 |
| | Subtotal | $ | 20,006.08 | | | | |
| | | | | | Total | $ | 20,006.08 |
| 0 | Adjustments In | | 0.00 | | | | |
| 0 | Transfers In | | 0.00 | | | | |
| | Total | $ | 20,006.08 | | | | |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-23095 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0189 BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | |
| For Period Ending: | 04/29/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | |
| 1 | Deposits | 20,000.00 | 11 Checks 4,565.42 |
| 26 | Interest Postings | 6.08 | 42 Adjustments Out 841.50 |
| | | | 1 Transfers Out 15,258.69 |
| | Subtotal | $ 20,006.08 | |
| | | | Total $ 20,665.61 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 15,258.69 | |
| | Total | $ 35,264.77 | Net Total Balance $ 14,599.16 |

Trustee's Signature: /s/ GINA B. KROL  Date: 04/30/15
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 30, 2015 |
|---|---|---|---|---|---|---|

Case Number:   10-23095  
Debtor Name:   CAPELLI BELLA SALON & SPA, INC.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Administrative | $0.00 | $2,750.61 | $2,750.61 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Administrative | $0.00 | $5,606.00 | $5,606.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Administrative | $0.00 | $68.16 | $68.16 |
| 000003A<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | $0.00 | $24,500.00 | $24,500.00 |
| 000001<br>070<br>7100-00 | Specialty Mat Service<br>2730 Beverly Drive<br>Aurora, IL 60502 | Unsecured | $0.00 | $179.60 | $179.60 |
| 000002<br>070<br>7100-90 | H.S. Land Group LLC<br>c/o Joshua D Greene<br>400 S County Farm Rd<br>Suite 330<br>Wheaton, IL 60187 | Unsecured<br>Claim was withdrawn as part of settlement | $0.00 | $0.00 | $0.00 |
| 000003B<br>080<br>7300-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | $0.00 | $10,000.00 | $10,000.00 |
| 000004<br>080<br>7200-00 | Ana Franch<br>251 Marcella Lane<br>West Chicago, IL 60185 | Unsecured | $0.00 | $125.00 | $125.00 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | $0.00 | $65.94 | $65.94 |
| | Case Totals: | | $0.00 | $43,295.31 | $43,295.31 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-23095 DRC
Case Name: CAPELLI BELLA SALON & SPA, INC.
Trustee Name: GINA B. KROL

       Balance on hand                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Specialty Mat Service<br>2730 Beverly Drive<br>Aurora, IL 60502 | $ | $ | $ |
| 000002 | H.S. Land Group LLC<br>c/o Joshua D Greene<br>400 S County Farm Rd<br>Suite 330<br>Wheaton, IL 60187 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ana Franch<br>251 Marcella Lane<br>West Chicago, IL 60185 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors     $_____

    Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors     $_____

    Remaining Balance     $_____