UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CAPELLI BELLA SALON & SPA, INC. § Case No. 10-23095 DRC
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    JEFFREY P. ALLSTEADT
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/29/2015 in Courtroom 241,
    Kane County Courthouse
    100 S. Third Street
    Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/30/2015                By: CLERK OF BANKRUPTCY COURT
                                           Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CAPELLI BELLA SALON & SPA, INC. §   Case No. 10-23095 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,006.08 |
| and approved disbursements of | $ | 5,406.92 |
| leaving a balance on hand of[1] | $ | 14,599.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,750.61 | $ 0.00 | $ 2,750.61 |
| Attorney for Trustee Fees: Cohen & Krol | $ 5,606.00 | $ 0.00 | $ 5,606.00 |
| Other: International Sureties Ltd. | $ 65.94 | $ 65.94 | $ 0.00 |
| Other: Cohen & Krol | $ 68.16 | $ 0.00 | $ 68.16 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,424.77 |
| Remaining Balance | $ 6,174.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 24,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 24,500.00 | $ 0.00 | $ 6,174.39 |

Total to be paid to priority creditors    $    6,174.39

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 179.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Specialty Mat Service 2730 Beverly Drive Aurora, IL 60502 | $ 179.60 | $ 0.00 | $ 0.00 |
| 000002 | H.S. Land Group LLC c/o Joshua D Greene 400 S County Farm Rd Suite 330 Wheaton, IL 60187 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 125.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ana Franch<br>251 Marcella Lane<br>West Chicago, IL 60185 | $ 125.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 10,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 10,000.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-23095-DRC
Capelli Bella Salon & Spa, Inc.                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 2            Date Rcvd: May 04, 2015
                              Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2015.
db          +Capelli Bella Salon & Spa, Inc.,    200 W North Avenue,    West Chicago, IL 60185-6241
17499093    +Ana Franch,    251 Marcella Lane,    West Chicago, IL 60185-5062
15606100    +Christopher J Goluba,    399 Wall Street, Unit H,    Glendale Heights, IL 60139-1987
15606102    +H.S. Land Group LLC,    c/o Joshua D Greene,    400 S County Farm Rd,    Suite 330,
              Wheaton, IL 60187-4547
15606104     Men-U,   Avatar International LLC,    2401 W. Carroll, #C-319,    Chicago, IL 60621
15606105    +Mid City Salon Resources,    1749 Paul Avenue,    Glendale Heights, IL 60139-2695
15606106     Mid-City Salong Resource LLC,    c/o Receivables Control Corp,    PO Box 9658,
              Minneapolis, MN 55440-9658
15606108    +Paulette & Peter Theodosis,    570 Partridge Drive,    West Chicago, IL 60185-5911
15606109    +Premier Beauty Supply,    620 Margate Dr,    Lincolnshire, IL 60069-4247
15826149    +Premier Beauty Supply,    200 Marquardt Drive,    Wheeling, IL 60090-6430
15606110    +Specialty Mat Service,    2730 Beverly Drive,    Aurora, IL 60502-8595
15606111    +XM Satellite Radio,    48819 Kato Rd,    Fremont, CA 94539-8070
15826150    +XM Satellite Radio,    POB 9001399,    Louisville, KY 40290-1399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15606099    +E-mail/Text: g17768@att.com May 05 2015 00:59:09     AT&T,    Bankruptcy Department,
              PO Box 769,    Arlington, TX 76004-0769
15606101    +E-mail/Text: legalcollections@comed.com May 05 2015 00:59:59     Commonwealth Edison,
              PO Box 6111,    Carol Stream, IL 60197-6111
17434008     E-mail/Text: cio.bncmail@irs.gov May 05 2015 00:59:14     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
15606107    +E-mail/Text: bankrup@aglresources.com May 05 2015 00:59:03     Nicor,
              Bankruptcy & Collections,    PO Box 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15606103      ##+Marshall Salon Services,    629 Palmyra Road,    Dixon, IL 61021-9139
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2015 at the address(es) listed below:
          E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol    on behalf of Accountant Alan D Lasko kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Gina B Krol     gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Joseph E Cohen     jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joshua D. Greene    on behalf of Creditor   HS Land Group LLC jgreene@springerbrown.com,
           iprice@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: ccabrales           Page 2 of 2            Date Rcvd: May 04, 2015
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Teresa L. Einarson    on behalf of Debtor   Capelli Bella Salon & Spa, Inc. teresaleinarson@outlook.com, terryeinarson@yahoo.com

                                                                                                             TOTAL: 8