# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAPELLI BELLA SALON & SPA, INC. | § | Case No. 10-23095 DRC |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 6,673.53                           Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,175.39          Claims Discharged
                                                     Without Payment:  384,721.58

Total Expenses of Administration:  13,830.69

---

3) Total gross receipts of $ 20,006.08  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 20,006.08  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,830.69 | 13,830.69 | 13,830.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 24,500.00 | 24,500.00 | 6,175.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 486,394.97 | 10,304.60 | 10,304.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 486,394.97 | $ 48,635.29 | $ 48,635.29 | $ 20,006.08 |

4) This case was originally filed under chapter 7 on 05/20/2010 . The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2015           By: /s/GINA B. KROL
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Equipment, fixtures, furniture, inventory | 1129-000 | 20,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 6.08 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,006.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,750.61 | 2,750.61 | 2,750.61 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 65.94 | 65.94 | 65.94 |
| ASSOCIATED BANK | 2600-000 | NA | 624.86 | 624.86 | 624.86 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 216.64 | 216.64 | 216.64 |
| COHEN & KROL | 3110-000 | NA | 3,736.33 | 3,736.33 | 3,736.33 |
| GINA B. KROL | 3110-000 | NA | 1,868.67 | 1,868.67 | 1,868.67 |
| COHEN & KROL | 3120-000 | NA | 68.16 | 68.16 | 68.16 |
| ALAN D. LASKO | 3410-000 | NA | 4,459.10 | 4,459.10 | 4,459.10 |
| ALAN D. LASKO | 3420-000 | NA | 40.38 | 40.38 | 40.38 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,830.69 | $ 13,830.69 | $ 13,830.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 24,500.00 | 24,500.00 | 6,175.39 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 24,500.00 | $ 24,500.00 | $ 6,175.39 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Department PO Box 769 Arlington, TX 76004 | | 300.00 | NA | NA | 0.00 |
| | Commonwealth Edison PO Box 6111 Carol Stream, IL 60197 | | 375.00 | NA | NA | 0.00 |
| | Marshall Salon Services 629 Palmyra Road Dixon, IL 61021 | | 1,800.00 | NA | NA | 0.00 |
| | Men-U Avatar International LLC 2041 W. Carroll, #C-319 Chicago, IL 60612 | | 146.02 | NA | NA | 0.00 |
| | Mid City Salon Resources 1749 Paul Avenue Glendale Heights, IL 60139 | | 671.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | 70.00 | NA | NA | 0.00 |
| | Nicor Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | 120.00 | NA | NA | 0.00 |
| | Peter and Paulette Theodosis 570 Partridge Dr West Chicago, IL 60185 | | 350,000.00 | NA | NA | 0.00 |
| | Premier Beauty Supply 200 Marquardt Drive Wheeling, IL 60090 | | 2,000.00 | NA | NA | 0.00 |
| | XM Satellite Radio PO Box 9001399 Louisville, KY 40290 | | 610.00 | NA | NA | 0.00 |
| 000001 | SPECIALTY MAT SERVICE | 7100-000 | 179.60 | 179.60 | 179.60 | 0.00 |
| 000002 | H.S. LAND GROUP LLC | 7100-900 | 130,123.00 | 0.00 | 0.00 | 0.00 |
| 000004 | ANA FRANCH | 7200-000 | NA | 125.00 | 125.00 | 0.00 |
| 000003B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 486,394.97 | $ 10,304.60 | $ 10,304.60 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-23095 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | | Date Filed (f) or Converted (c): | 05/20/10 (f) |
| | | | | 341(a) Meeting Date: | 07/20/10 |
| For Period Ending: | 08/24/15 | | | Claims Bar Date: | 10/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Equipment, fixtures, furniture, inventory | Unknown | 20,000.00 | | 20,000.00 | FA |
| 2. Claim against landlord - HS Land Group | 0.00 | 0.00 | | 0.00 | FA |
| Settled with landlord's waiver of claim. Per Court order. | | | | | |
| 3. 5/3 Bank Savings Account | 0.79 | 0.00 | | 0.00 | FA |
| 4. 5/3 Checking Account | 62.46 | 0.00 | | 0.00 | FA |
| 5. Security Deposit w/ HS Land Group | 6,610.28 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.08 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,673.53 | $20,000.00 | | $20,006.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR package was submitted to UST for review
April 20, 2015, 10:41 am

Landlord case was settled. Trustee to review claims and prepare TFR
October 13, 2014, 04:23 pm

Trustee retained Mike Konewko to represent estate in action against former landlord. Action is pending.
October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 10-23095   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: CAPELLI BELLA SALON & SPA, INC. | Date Filed (f) or Converted (c):   05/20/10 (f) |
| | 341(a) Meeting Date:   07/20/10 |
| | Claims Bar Date:   10/12/10 |

/s/   GINA B. KROL
_____ Date: 08/24/15
         GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0337 Checking Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,258.69 | | 15,258.69 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.41 | 15,249.28 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.72 | 15,239.56 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.40 | 15,230.16 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.70 | 15,220.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,197.83 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 13.17 | 15,184.66 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.40 | 15,164.26 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.54 | 15,141.72 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,119.94 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.48 | 15,097.46 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.72 | 15,075.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.41 | 15,053.33 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.38 | 15,030.95 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.63 | 15,009.32 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.31 | 14,987.01 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.56 | 14,965.45 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.25 | 14,943.20 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.22 | 14,920.98 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.04 | 14,900.94 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 13.13 | 14,887.81 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.15 | 14,865.66 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 14,844.27 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 14,822.20 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0337  Checking Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.32 | 14,800.88 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 14,778.87 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.97 | 14,756.90 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.23 | 14,735.67 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.91 | 14,713.76 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.17 | 14,692.59 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.84 | 14,670.75 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.81 | 14,648.94 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 8.37 | 14,640.57 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.67 | 14,620.90 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.74 | 14,599.16 |
| 06/01/15 | 030004 | Gina B. Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 2,750.61 | 11,848.55 |
| 06/01/15 | 030005 | Cohen & Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 3,736.33 | 8,112.22 |
| 06/01/15 | 030006 | Cohen & Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 68.16 | 8,044.06 |
| 06/01/15 | 030007 | Gina B. Krol | Final Distribution<br>Attorneys Fees | 3110-000 | | 1,868.67 | 6,175.39 |
| 06/01/15 | 030008 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Final Distribution | 5800-000 | | 6,175.39 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-23095 -DRC |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. |
| Taxpayer ID No: | *******6884 |
| For Period Ending: | 08/24/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0337 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0337   Balance Forward   0.00
0   Deposits         0.00        8   Checks           14,633.83
0   Interest Postings 0.00        31  Adjustments Out    624.86
                                  0   Transfers Out        0.00
Subtotal   $   0.00
                                  Total   $   15,258.69
0   Adjustments In   0.00
1   Transfers In    15,258.69

Total   $   15,258.69

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0189 BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/10 | 1 | Kerelli Salon & Spa LLC | Sales Proceeds | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 20,000.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,000.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 20,001.33 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,001.84 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,002.34 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,002.85 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,003.36 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 16.97 | 19,986.39 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/11 | 000302 | Alan d. Lasko | Accountant's Fees per Court Order. | 3410-000 | | 579.10 | 19,407.29 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/07/11 | 000303 | Alan d. Lasko | Accountant's Expenses per Court Ord | 3420-000 | | 8.28 | 19,399.01 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,399.16 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,399.32 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,399.47 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,399.64 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,399.80 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,399.96 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,400.13 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,400.29 |
| 10/05/11 | 000304 | Alan D. Lasko | Accountant Fees | 3410-000 | | 3,455.50 | 15,944.79 |
| | | 29 S. LaSalle Street | | | | | |

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23095 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0189  BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | |
| For Period Ending: | 08/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/05/11 | 000305 | Suite 1240<br>Chicago, IL 60603<br>Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees | 3420-000 | | 15.50 | 15,929.29 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 15,929.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.15 | 15,907.29 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,907.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.61 | 15,887.81 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,887.94 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.59 | 15,868.35 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,868.49 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.81 | 15,847.68 |
| 02/06/12 | 000306 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 14.30 | 15,833.38 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,833.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.83 | 15,814.68 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,814.81 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.44 | 15,795.37 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,795.50 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.07 | 15,775.43 |
| 05/08/12 | 000307 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60602 | Accountant Fees per Court Order | 3410-000 | | 424.50 | 15,350.93 |
| 05/08/12 | 000308 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240 | Accountant Expenses per Court Order | 3420-000 | | 16.60 | 15,334.33 |

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23095 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0189  BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,334.46 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.72 | 15,314.74 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,314.86 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.20 | 15,296.66 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,296.79 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.06 | 15,276.73 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 15,276.85 |
| 08/30/12 | | BANK OF AMERICA, N.A.  901 MAIN STREET  9TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 18.16 | 15,258.69 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,258.69 | 0.00 |

| Account *******0189 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 20,000.00 | 8 | Checks | 4,530.75 |
| | 26 | Interest Postings | 6.08 | 11 | Adjustments Out | 216.64 |
| | | | | 1 | Transfers Out | 15,258.69 |
| | | Subtotal | $ 20,006.08 | | | |
| | | | | | Total | $ 20,006.08 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 20,006.08 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 18.05

FORM 2

Page: 7

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23095 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CAPELLI BELLA SALON & SPA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0189 BofA - Money Market Account |
| Taxpayer ID No: | *******6884 | | |
| For Period Ending: | 08/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| | 1 Deposits | 20,000.00 | 16 Checks | 19,164.58 | |
| | 26 Interest Postings | 6.08 | 42 Adjustments Out | 841.50 | |
| | | | 1 Transfers Out | 15,258.69 | |
| | Subtotal | $ 20,006.08 | | | |
| | | | Total | $ 35,264.77 | |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 15,258.69 | | | |
| | Total | $ 35,264.77 | Net Total Balance | $ 0.00 | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/24/15
GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 18.05